## SECTION A - TO BE COMPLETED BY BORROWER (PRINT IN INK–PRESS FIRMLY–OR TYPE)

**1. NAME (NO NICKNAMES):** LAST: MACK, FIRST: JAMES, M.I.: S
**2. SOCIAL SECURITY NUMBER:** 579 98 6967
**3. WHEN WERE YOU BORN?** MO 7 / DAY 28 / YR 69
**4. PERMANENT ADDRESS:** 1354 Jasper PL SE #201
**CITY:** Washington **STATE:** DC **ZIP:** 20020
**5. PERMANENT HOME PHONE:** (202) 889-9562
**6. U.S. CITIZENSHIP STATUS:** [X] 1 U.S. CITIZEN OR NATIONAL
**7. PERMANENT RESIDENT OF WHICH STATE:** DC
**9. ADDRESS OF BORROWER WHILE IN SCHOOL:** Same as #4
**10. PHONE AT SCHOOL ADDRESS:** (202) 889-9562
**11. MAJOR COURSE OF STUDY:** 15
**12. LOAN AMOUNT REQUESTED:** $2400.00
**13. LOAN PERIOD:** FROM 9/88 TO 12/88

### PRIOR LOAN INFORMATION

**14. HAVE YOU EVER DEFAULTED ON A GSL, SLS (ALAS), PLUS, PERKINS, CONSOLIDATED, OR INCOME CONTINGENT LOAN?** [X] NO
**15a. DO YOU HAVE ANY PRIOR UNPAID GSL LOANS?** [X] YES (GO TO 15b)
**15b. IF YES, TOTAL UNPAID BALANCE OF GSL LOANS:** $2625
**16. UNPAID PRINCIPAL BALANCE OF MOST RECENT PRIOR GSL:** $2625
**17. GRADE LEVEL OF MOST RECENT PRIOR GSL:** 1
**18. LOAN PERIOD START DATE OF MOST RECENT PRIOR GSL:** MO 10 / DAY 7 / YR 87
**19. INTEREST RATE OF MOST RECENT PRIOR GSL:** [X] 8%

### REFERENCES

**20a. NAME:** Ruby H. Mack — **STREET:** 1354 Jasper PL SE #201 — **CITY, STATE, ZIP:** Washington, DC 20020 — **PHONE:** (202) 678-1058 — (Guardian)
**20b. NAME:** Ann Mack — **STREET:** 601 Edgewood St. NE — **CITY, STATE, ZIP:** Washington, DC 20017 — **PHONE:** (202) 526-0165 — (Relative)
**20c. NAME:** Nathaddeus Smith — **STREET:** 800 Euclid St. NW — **CITY, STATE, ZIP:** Washington, DC 20001 — **PHONE:** (202) 343-7019 — (Friend)

NOTICE TO BORROWER: You agree that the lender identified in Section C is the lender you have chosen. You must read the additional Promissory Note terms and the Borrower's Certification on the reverse side before signing this Promissory Note.

Terms and conditions described on the reverse side of this Promissory Note and to the terms and conditions contained in the Disclosure Statement that will be provided to me no later than the time of the first disbursement of this loan. I have read, I understand, and I agree to the Borrower's Certification on the reverse side of this Promissory Note. I understand that this is a Promissory Note. I will not sign it before reading all of its provisions, even if otherwise advised. I am entitled to a copy of this Promissory Note. By signing this Promissory Note I acknowledge that I have received an exact copy of it.

**21a. SIGNATURE OF BORROWER:** /s/ James Mack   11/8/88
**21b. DATE BORROWER SIGNED:** MO 11 / DAY 8 / YR 88

## SECTION B - TO BE COMPLETED BY SCHOOL

**22. NAME OF SCHOOL:** Scanners International Beauty Academy
**24. PHONE:** (202) 466-6070
**25. SCHOOL CODE:** 023274
**23. ADDRESS:** 1615 K Street, NW Washington, D.C. 20006
**28. PERIOD LOAN WILL COVER:** FROM MO 9 / DAY 1 / YR 88 TO MO 12 / DAY 23 / YR 88
**29. STUDENT'S GRADE LEVEL:** UNDERGRAD [X] 3
**30. ANTICIPATED GRADUATION DATE:** MO 12 / DAY 23 / YR 88
**31. STUDENT STATUS:** [X] DEPENDENT
**32. ADJUSTED GROSS INCOME (AGI):** $29,167
**33. COST OF ATTENDANCE FOR LOAN PERIOD:** $3937
**34. ESTIMATED FINANCIAL AID FOR LOAN PERIOD:** $0
**35. EXPECTED FAMILY CONTRIBUTION (EFC):** $1848
**36. DIFFERENCE (ITEM 33 LESS ITEMS 34 AND 35) OR LEGAL MAXIMUM:** $2089
**37. SUGGESTED DISBURSEMENT DATES:** 1ST DISB. MO 11 / DAY 15 / YR 88; 2ND DISB. MO 12 / DAY 1 / YR 88
**38. DO SUGGESTED DISBURSEMENT DATES CORRESPOND TO SCHOOL TERMS?** NO [X]
**39. WILL THE STUDENT ATTEND A FOREIGN SCHOOL?** NO [X]
**41a. SIGNATURE OF SCHOOL OFFICIAL:** /s/ Clifton F. Knight
**41b. DATE:** MO 11 / DAY 8 / YR 88
**41c. PRINT NAME AND TITLE:** Clifton F. Knight, DSFA

## SECTION C - TO BE COMPLETED BY LENDER

**42. NAME OF LENDER:** Independence Federal Savings Bank, c/o Loan Origination Center
**43. ADDRESS:** P.O. Box 64788
**CITY, STATE, ZIP:** St. Paul, MN 55164-0788   (612) 291-8460
**44. LENDER CODE:** 831036
**50. IS THIS AN UNSUBSIDIZED LOAN?** NO [ ]

## SECTION D - TO BE COMPLETED BY HEAF

APP. REVIEW   NOV 10 1988

REVIEWED #4

A304
GSL-F0304A 2-88

PLAINTIFF'S EXHIBIT A2