## U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

          James S. Mack
          1029 Girard St. N.E.
          Washington D.C. 20017

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 3/17/06.

On or about 10/02/87 & 11/08/88, the borrower executed promissory note(s) to secure loan(s) of $2,625.00 and $2,089.00 from Independence Federal Savings Bank at 8.00 percent interest per annum. This loan obligation was guaranteed by District of Columbia and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $835.53 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 08/21/90, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $4,131.20 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(2), the guarantor charged the borrower interest on the total amount (principal and interest) paid to the lender. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 10/25/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---:|
| Principal: | $ 4,131.20 |
| Interest: | $ 4,862.99 |
| Administrative/Collection Costs: | $.00 |
| Late fees | $.00 |
| Total debt as of 3/17/06: | $ 8,994.19 |

Interest accrues on the principal shown here at the rate of $0.91 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 3/17/06    Name: _____
                                 Title:   Loan Analyst
                                 Branch: Litigation Branch



PLAINTIFF'S EXHIBIT B