UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   **v.**                                        **Civil Action No. 06-0534 (JGP)**

**JAMES S. MACK,**

      **Defendant.**

**O R D E R**

    The complaint in this case was filed in accordance with the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001-3308, to collect a debt that defendant allegedly owes the United States. The docket in this case reflects that the plaintiff has failed to serve the defendant with the complaint and summons in accordance with 28 U.S.C. § 3004 and Federal Rule of Civil Procedure 4(m). This case will be dismissed without prejudice on September 4, 2007, unless plaintiff demonstrates good cause for its failure or serves the defendant on or before that date.

    **SO ORDERED**.

**DATE: August 2, 2007**

                                                             **JOHN GARRETT PENN**
                                                             **United States District Judge**