## Utility Events

1:06-cv-00534-JGP UNITED STATES OF AMERICA v. MACK
TYPE-J

PLACE IN FILE

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 9/19/2007 at 12:47 PM and filed on 9/19/2007
**Case Name:** UNITED STATES OF AMERICA v. MACK
**Case Number:** 1:06-cv-534
**Filer:**
**Document Number:** 4

**Docket Text:**
Case Reassigned to Magistrate Judge Deborah A. Robinson. Judge John Garrett Penn no longer assigned to the case. (gt, )


**1:06-cv-534 Notice has been electronically mailed to:**
Thomas A. Mauro  tmauro@tmaurolaw.com, hgj03@tmaurolaw.com

**1:06-cv-534 Notice will be delivered by other means to::**

JAMES S. MACK
1029 Girard Street, NE
Washington, DC 20017

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Mack.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=9/19/2007] [FileNumber=1555477-0]
[85369ad864337fa577a49026b2e9597ee8046788e48d006750a7549cf90cd2f66f2f
6e7716081858e12fd64399b9ca29537222eb40f87112629b0da7f49a9f5d]]

1029 Girard Street N.E.
Washington, D.C. 20017
9-20-07

Clerk's Office
United State District Court
For the District of Columbia
US Court House
333 Constitution Avenue N.W.
Washington, D.C. 20001

To Whom It May Concern:

This is reference to two letters that come to my mail box today. They were addressed to James Mack. There is no James Mack here.

James S. Mack Jr. is deceased on August 12, 1994 at Greater Southeast Community Hospital. He was laid to rest at Hominy Cementary August 19 1994. When he passed I was working and living in an apartment. He was born July 26, 1969. He was 25 years just 16 day after his 25 birthday.

I wrote a letter last week telling the same thing when papers wer served and a couple of years ago. Please do not continue to remind me. He was my baby and only son.

Thank you
Ruby Mack
Ruby Mack

PS; I have not healed and you wont allow me to do so.

Mack
Girard Street N.E.
Washington, D.C. 20017

NO VA 220

02 OCT 2007 PM 4 T





Received Mail Room
OCT 3 - 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

Clerk's Office
United States District Court
For the District Of Columbia
US Court House
333 Constitution Avenue N.W.
Washington, D.C. 20001

CLERK'S OFFICE
ED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
3 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS



Received Mail Room
OCT 3 - 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

Deceased 8-12-94
Return To Sender

Mr. James S. Mack
1029 Girard St., N.E.
Washington, D.C. 20017


$.00

20017+3427

Case 1:06-cv-00534-DAR   Document 5   Filed 10/03/2007   Page 4 of 4