

DCD_ECFNotice@dcd.uscourts.gov
09/13/2007 05:12 PM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:06-cv-00534-JGP UNITED STATES OF AMERICA v. MACK Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 9/13/2007 at 5:12 PM and filed on 9/13/2007
**Case Name:**          UNITED STATES OF AMERICA v. MACK
**Case Number:**        1:06-cv-534
**Filer:**
**Document Number:**    No document attached

**Docket Text:**
MINUTE ORDER: Per order of the Calendar Committee, the above-captioned case is assigned to Magistrate Judge Deborah A. Robinson. Signed by Judge Ellen S. Huvelle on 9/13/2007. (KF)


**1:06-cv-534 Notice has been electronically mailed to:**
Thomas A. Mauro  tmauro@tmaurolaw.com, hgj03@tmaurolaw.com

**1:06-cv-534 Notice will be delivered by other means to::**

JAMES S. MACK
1029 Girard Street, NE
Washington, DC 20017

