UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:06CV00534 DAR |
| | : | |
| JAMES S. MACK, JR. | : | |
| | : | |
| | : | |
| | : | |
| Defendant. | : | |

## PRAECIPE: STATUS REPORT TO THE COURT

In the Court's Civil Docket Entry #5, the Clerk received mail stating the defendant is deceased. Counsel for Plaintiff informs the Court that our office have requested a copy of the death certificate from the defendant's next of kin. Counsel have also notified the U.S. Department of Education the defendant is reported as deceased, and upon verification of the defendant's death, Counsel will file a dismissal in this case.

Respectfully submitted,

/s/
_____
Thomas A. Mauro  (#184515)
1020 19th Street, NW, Suite 400
Washington, DC  20036
Attorney for Plaintiff
Tel No. 202 452 9865

October 26, 2007