UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:06CV0534 (DAR) |
| | : | |
| JAMES S. MACK, JR., | : | |
| | : | |
| | : | |
| | : | |
| Defendant. | : | |

**PRAECIPE OF DISMISSAL**

The Clerk of the Court will please dismiss this case as the defendant has been reported as deceased.

Respectfully submitted,

/s/

_____
Thomas A. Mauro,
1020 19th Street, NW, Suite 400
Washington, DC  20036
Attorney for Plaintiff

Dated:  November 30, 2007